Good morning. My name is Zulu Ali and I represent the petitioner in case number 1271510. The BIA when it's made this decision in this case did not actually have the benefit of the course decision, of this particular course decision, which made significant rulings with regards to defining a particular social group. When the BIA made this decision, which was in May of 2012, and that decision in Henrique's Rivas v. Holder, which was 2013, as well as Cordovo v. Holder in 2013, in both of these cases I think there were significant changes with regards to defining a particular social group. The petitioner in this particular case at the Board of Immigration of Appeals stated that he was part of… What's the particular social group here? Small business owners or people with money? One was family, was advanced, family relationship, and the second one was a business owner. Those were the two groups that were advanced. What would be the difference between a business owner and somebody who just sold his business for a lot of money, or his or her business for a lot of money? Wouldn't they be in the same pickle? A business owner and someone who sold their business for a lot of money? So he's no longer a business owner. I guess it would depend on, at least in this particular case, as defined by the court, it would depend on the perception of that particular society or the perception of the actual persecutor. If the persecutor's perception of someone who actually owns a business is the person that they're targeting, then that would be a particular social group. And then someone who actually sold their business, I guess it would depend, again, if the persecutor, you know, that's the perception. In this case, isn't the reason for the persecution the money that the persecuted have rather than either family relationships or business ownership? I don't think that it's necessary. I think that they were targeted, although the source of the money was from the business. I don't think it's an issue of necessarily the fact that he had money, but I believe that it was related to the fact that the source of him being an employee connected to that particular business, I believe that that made him the target, not necessarily the fact that he had the money. And I do believe that there were also additional reports that were received in declarations that were submitted in the immigration court, which was also reviewed by the BIA, that would suggest that there were, the business was actually, people that were connected to that business were actually the ones that were being targeted. So I think that, again, when the BIA was doing this analysis, it talked about social visibility, and again, at that particular time, it was on-site visibility as opposed to the perception by the society. So your position is that we need to remand to let the BIA apply the correct legal standard? Yes, Your Honor. That's my position. I think those were significant changes. They were not analyzed that way, and I believe in the decision that was written, it was, they used the terms on-site visibility. However, of course, at that particular time, we know that on-site visibility in certain cases were seen as, social visibility, I'm sorry, were seen as on-site visibility, that you appear a certain way, as opposed to the perception of both the persecutor and the society in general, with regards to a particular social group. Did you want to reserve some time, Mr. Allee, or did you want to keep going? I'll reserve your time. Thank you, sir. All right, thank you. Good morning. Good morning. May it please the court, I am Sarah Byram, appearing on behalf of the United States Attorney General. With respect to this case, the government believes the threshold issue is nexus, and petitioner's failure to challenge nexus. In our briefs, we argued that his waiver of nexus was dispositive of this case. And if we, you know, petitioner does not challenge the board's determination that the gangs robbed him because they believe that he possessed money and valuables, not that he was a member of a particular social group. He, in the record, his social group is son of a merchant or business owner. And there's no indication, and he doesn't provide any in his briefs, that the gangs targeted him because of some amnesty or hostility towards business owners at all. Let me see if I understand your argument correctly. You're saying even if the new case changes the landscape on what is or what is not a social group, even if he is in a social group, there was no nexus to his being in the social group. Is that right? Yes. We don't see that there's any reason for the court to reach the social group. Admittedly, the board didn't have the benefit of being able to look at Henricus Rivas and the other cases. So how does that case change this case? The social group? Yes. Well, I can't speak for the board because they didn't have the benefit of these decisions, so I can only speculate. I don't think that it would change. The board did discuss, and I'll note. We're not asking you to speculate what the board would do. I mean, the problem is your nexus argument depends on how you define the social group, right? Because social group is an enumerated ground. So if the definition of social group embraces, say, employees of a particular company or something, if it could be articulated in such a way under the new case law, then the nexus argument also changes, right? Nexus is dependent on how you define the social group. It can be, but here the nexus depends. It can be, yes. But in this case, the social group, regardless of how it may come out on remand if the board considered it again, there's no nexus, no evidence that no matter what this social group, well, it's the son of a business owner, even if this social group the board might hold to be legally cognizable now, Petitioner hasn't shown any evidence that the gangs targeted him because he was the son of a business owner and there was some sort of animosity or hostility towards that particular social group, as opposed to simply the gangs believing that he had money and that's their motive for the robberies. Well, suppose the social group is defined as wealthy people in El Salvador. Could you repeat that? Yes, suppose the social group under the new case, I'm just thinking out loud, suppose the social group is defined as rich people in El Salvador. There's no question that he was targeted because he's a rich person in El Salvador. That's the import of Judge Wardlaw's question. It depends on how you define the social group. We would call it in this country the 1%, I think. Yeah. With that being said, if the court wishes to remand for social group, admittedly the board didn't have the new cases before it and they haven't considered social group. We think that there's no reason to do that. We don't want the waiver's dispositive petitioner's failure to challenge that. Again, we would hold it. When were the briefs filed in this case and when did Henriquez-Rivas come out? I don't have the exact dates. But sometimes we get these cases and the briefs have been filed long ago and then we have all this intervening law. Well, Henriquez-Rivas came out after the briefing. The court did order supplemental briefing in this case, whether or not this case should be remanded for those new cases, and the government in its supplemental brief at that time argued that the court need not reach. Yeah, but you can't argue waiver when the case that changes the law comes out after the brief is filed. You know that, right? I do know that. In the supplemental brief, we took the position that the nexus waiver was dispositive of the case and so this court didn't have to reach social group. Admittedly, though, this case does present some issues related to social group, that while our strategy may be that they're entirely distinct, you know, the board didn't have the benefit of those cases before it. In any event, if there are no further questions. There's word large at SAC. I think that's it. Thank you, Ms. Bayron. Mr. Ali, you have the last word. Thank you, Your Honor. I really don't have much more to add to what I've spoken about earlier other than the fact that, again, I believe that the case law has significantly changed, and I think that it would be unfair and appropriate to remand to allow the board to have the benefit of considering the ruling of this court with regards to the issue of the particular case. Thank you very much, Mr. Ali. Ms. Bayron, thank you. The case just argued is submitted. All right. Thank you, Your Honor. Good morning.
judges: Silverman, Sack, Wardlaw